No. 25-1150

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

JORDAN PENLAND, KARL GERNER, EDWARD R. BURKE, AND PAUL C. BURKE,

*Plaintiffs-Appellants,*

v.

CHICAGO PARK DISTRICT and ASM GLOBAL,

*Defendants-Appellees.*

On Appeal from the U.S. District Court for the Northern District of Illinois, Eastern Division (No. 1:21-cv-05581), Honorable Lindsay C. Jenkins, Presiding

**PLAINTIFFS-APPELLANTS' AMENDED DOCKETING STATEMENT**

Terrence Dee
John E. Drosick
Thomas J. Neuner
Shiza Arshad
Veronica Inkenbrandt
**WINSTON & STRAWN LLP**
35 W. Wacker Dr. Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700
TDee@winston.com
JDrosick@winston.com
TNeuner@winston.com
SArshad@winston.com
VInkenbrandt@winston.com

*Counsel for Plaintiffs-Appellants*

Plaintiffs-Appellants Jordan Penland, Karl Gerner, Edward R. Burke and Paul C. Burke submit the following Amended Docketing Statement pursuant to Circuit Rule 3(c)(1):

## I. Basis for District Court Jurisdiction

The United States Northern District of Illinois has subject-matter jurisdiction over this action based on diversity of citizenship and an amount in controversy exceeding $75,000, under 28 U.S.C. § 1332(a) and 1441(b). On July 6, 2021, Plaintiffs-Appellants filed an action arising from Section 10-102(A)(1) of the Human Rights Act, which provides that "[a]n aggrieved party may commence a civil action in an appropriate Circuit Court," in Illinois state court. On October 20, 2021, Defendants-Appellees Chicago Park District and ASM Global filed a notice to remove the action to federal court pursuant to 28 U.S.C. §§ 1332 and 1441.

As to diversity, Plaintiff-Appellants Jordan Penland and Karl Gerner are citizens of Washington D.C.; Plaintiff-Appellant Edward Burke is a citizen of Boise, Idaho; Plaintiff-Appellant Paul Burke is a citizen of Salt Lake City, Utah. Defendant-Appellee ASM Global professes to be incorporated in the State of Delaware, with a principal place of business in the State of Pennsylvania but manages and operates Soldier Field in Illinois. Chicago Park District is a government entity in the State of Illinois.

## II. Basis for Appellate Jurisdiction

This appeal is taken from the following order and final judgment by the District Court:

- The District Court's Order (ECF 166) on December 31, 2024 signed by the Honorable Lindsay C. Jenkins denying Plaintiffs' Motion for Summary Judgment and granting Defendants' Motion for Summary Judgment and

entered in this action as the District Court's Final Judgment (ECF 167) on the December 31, 2024.

Plaintiffs-Appellants timely filed a notice to appeal this Order and Final Judgment on January 28, 2025 (ECF 168) and are timely filing this Docketing Statement required under Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit.

### III.   This is an Appeal of an Immediately Appealable Final Judgment

As noted above, a final appealable judgment was entered by the District Court on December 31, 2024. No claims or parties remain for disposition in the District Court. This is a civil appeal as a matter of right pursuant to Federal Rule of Appellate Procedure 3(a) and Circuit Rule 3(a).

### IV.   Related Cases

There are no currently pending appeals or prior appellate actions in this case.

### V.   Additional Requirements of Circuit Rule 3(c)(1)

None of the parties to the litigation appears in an official capacity. This is a civil case that does not involve any criminal convictions, and thus, 28 U.S.C. § 1915(g) is inapplicable. This case does not involve a collateral attack on a criminal conviction.

Dated: February 10, 2025

Respectfully submitted,

Terrence Dee
John E. Drosick
Thomas J. Neuner
Shiza Arshad
Veronica Inkenbrandt

**WINSTON & STRAWN LLP**
35 W. Wacker Dr. Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700
TDee@winston.com
JDrosick@winston.com
TNeuner@winston.com
SArshad@winston.com
VInkenbrandt@winston.com

*Attorneys for Plaintiffs-Appellants*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on February 10, 2025, a copy of the foregoing **Amended Docketing Statement** was filed electronically and served on all counsel of record via email.

Christopher Ward
Amanda Hibbler
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
cward@foley.com
ahibbler@foley.com
312-832-4500
312-832-4700 (facsimile)

Jack FitzGerald
Foley & Lardner LLP
777 East Wisconsin Ave
Milwaukee, WI 53202
jfitzgerald@foley.com
414-297-5079

*Attorneys for Defendants SMG d/b/a ASM Global and the Chicago Park District*


                                  */s/ John E. Drosick*
                                      John E. Drosick

                        *One of the Attorneys for Plaintiffs-Appellants*